# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MICHAEL WILSON,<br><br>Plaintiff,<br><br>v.<br><br>CAROL STOWERS et al.,<br><br>Defendants. | Case No. CV 21-06306-DOC (DFM)<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the assigned United States Magistrate Judge. The Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Plaintiff's false disciplinary report claim be served on Carol Stowers in her individual capacity and that all other claims be dismissed without leave to amend.

Date: April 8, 2022

_____
DAVID O. CARTER
United States District Judge