UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | CV 21-06306-DOC (DFM) | Date: | October 24, 2022 |
|---|---|---|---|
| Title | Michael Wilson v. Carol Stowers et al. | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | Not Present |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order re Plaintiff's Discovery Motions (Dkts. 41, 42)

    Plaintiff has filed two discovery motions, which seek from Defendant various electronic and paper records. See Dkts. 41, 42. Those motions are DENIED. As set forth in the Case Management and Scheduling Order, "The Court is not involved in the discovery process; Rule 5(d) prohibits filing discovery with the Court unless required for use in a proceeding or motion." Dkt. 40 at 1. Plaintiff's discovery should be served on Defendant, not with the Court. If Defendant does not cooperate with or respond to the discovery requests, Plaintiff may file a motion to compel discovery pursuant to Federal Rule of Civil Procedure 37.

    Plaintiff is referred to the Case Management and Scheduling Order for general information concerning deadlines and the discovery process.