JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| MICHAEL WILSON, | Case No. CV 21-06306-DOC (DFM) |
| Plaintiff(s), | JUDGMENT |
| v. | |
| CAROL STOWERS et al., | |
| Defendant(s). | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that Defendant's Motion for Summary Judgment (Dkt. 115) is granted and this action is dismissed with prejudice.

Date: October 27, 2023

_David O. Carter_
DAVID O. CARTER
United States District Judge